Michael S. Feldberg (MF-3974)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
*Attorneys for Defendant JPMorgan Chase Bank*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                   :
Peregrine Fixed Income Limited (in liquidation),                   :   Case No. 05-CV-4351 (RMB)
                                                                   :
                          Plaintiff,                          :   ECF CASE
                                                                   :
                  -against-                              :   **DECLARATION OF**
                                                                   :   **MICHAEL S. FELDBERG**
JP Morgan Chase Bank (formerly known as The Chase                  :
Manhattan Bank and having merged with Morgan                       :
Guaranty Trust Company of New York),                               :
                                                                   :
                         Defendant.                          :
------------------------------------------------------------------ x

      MICHAEL S. FELDBERG, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am an attorney admitted to practice before this Court and am a member of Allen & Overy LLP, counsel for JPMorgan Chase Bank, N.A., successor-in-interest to defendant JPMorgan Chase Bank ("JPMC") in this action. I make this declaration in support of JPMC's motion for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing as against it the Complaint herein.

      2.    Attached hereto as Exhibit A is a true copy of the Complaint filed in this action.

      3.    Attached hereto as Exhibit B are excerpts from the International Swap Dealer's Association, Inc.'s 1993 Edition of the User's Guide to the 1992 ISDA Master Agreements.

4. Attached hereto as Exhibit C is a true copy of Plaintiff's May 23, 2005 letter to the Court addressing JPMC's basis for its proposed motion to dismiss.

5. Attached hereto as Exhibit D is a true copy of the Court's Case Management Order, dated May 31, 2005.

6. Attached hereto as Exhibit E is a true copy of the Writ of Summons and Statement of Claim filed in 2004 by Plaintiff against JPMC in the High Court of the Hong Kong Special Administrative Region, Court of First Instance.

7. Attached hereto as Exhibit F is a true copy of the Judgment by the High Court of the Hong Kong Special Administrative Region, Court of First Instance, staying Plaintiff's suit against JPMC to the United States District Court for the Southern District of New York.

Dated: New York, New York
June 17, 2005

Michael S. Feldberg (MF-3974)