# Exhibit L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
**In re:** :
:
*Petition of David Richard Hague, Simon Charles* :
*Copley and Donald Edward Osborn, as Liquidators* :
*of Peregrine Fixed Income Limited,* :
: **Case No.: 98-B-40677 (BRL)**
*Petition of David Richard Hague, Colin Graham* : **(Jointly Administered)**
*Bird, Donald Edward Osborn, and Richard Conlin* :
*Patching, as Liquidators of Peregrine Investments* :
*Holdings Limited,* :
:
         **Debtors in Foreign Proceedings.** :
---------------------------------------------------------------x

### ORDER, PURSUANT TO SECTIONS 105(a) AND 304 OF BANKRUPTCY CODE, MODIFYING AMENDED PERMANENT INJUNCTION ORDER

Upon consideration of the motion (the "Motion") of JPMorgan Chase Bank, N.A. ("JPMC"), pursuant to sections 105(a) and 304 of the United States Bankruptcy Code, for the entry of an order providing relief from and modifying that certain Amended Permanent Injunction Order (the "Permanent Injunction") entered by this Court on June 13, 2000; and due notice of the Motion having been provided as set forth in the affidavit of service filed by JPMC, no other or further notice of the Motion need be provided; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

    1.    The Motion is granted. To the extent any objections to the Motion have not been withdrawn or resolved, they are hereby overruled.

    2.    The Permanent Injunction is hereby modified to authorize JPMC to assert and file counterclaims as described in JPMC's moving papers for attorneys fees and set-off, in that certain matter styled as *Peregrine Fixed Income Limited (in liquidation) v. JP Morgan Chase*

*Bank (formerly known as The Chase Manhattan Bank and having merged with Morgan Guaranty Trust Company of New York)*, Case No. 05-CV-4351 (RMB) (THK), pending in the United States District Court for the Southern District of New York.

3. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

4. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York for the filing of a memorandum of law is waived.

Dated: November 7, 2006

                                                  /s/ Burton R. Lifland
                                                UNITED STATES BANKRUPTCY JUDGE