# Exhibit N

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
PEREGRINE FIXED INCOME LTD.,
        Plaintiff(s),

    - v -

JP MORGAN CHASE BANK,

        Defendant(s).
------------------------------X

**Case Management Plan**

05 CV. 4351 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __30 days ~~from decision on motion~~__ RMB

(ii) Amend the pleadings by __30 days ~~from decision on motion~~__

(iii) All discovery to be expeditiously completed by __four ~~eight~~ months ~~from decision on motion~~__ RMB

(iv) Consent to Proceed before Magistrate Judge __No__

(v) Status of settlement discussions __None yet; parties are open to discussion.__

Sections vi through xi will be set at conference with the Court.

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) ~~Trial~~ __Discovery issues referred to J. Katz;__

(xi) Other __No Suspension of discovery while motion is pending; Pl has waived opportunity to Amend at today's Court Conference__

SO ORDERED: New York, New York
5/31/05

RMB
Hon. Richard M. Berman, U.S.D.J.