# EXHIBIT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------X

PEREGRINE FIXED INCOME LIMITED

(in liquidation),

                    Plaintiff,


             vs.


JP MORGAN CHASE BANK (formerly

Known as The Chase Manhattan

Bank and having merged with

Morgan Guaranty Trust Company

Of New York),


                    Defendant.

----------------------------X




             DEPOSITION OF PIERS MURRAY

                New York, New York

              Tuesday, December 6, 2005






Reported by:

Thomas R. Nichols, RPR

JOB NO. 179720

Murray

1
2    A.  It is certainly relevant to those
3    transactions. It' as relevant to those
4    transactions as it is to the FX options
5    portfolio, because the underlying risk in
6    those, as I mentioned to you, interest rates.
7    Each of these building blocks builds on a --
8    each of these building blocks refers to the
9    previous asset.
10        So when you're running an interest
11   rate book, you do have spot risk. So it would
12   have been important to have some degree of --
13   some degree of certainty or understanding
14   about what the spot rate was. And spot rates
15   at the time were relatively volatile.
16        So in all likelihood an appropriate
17   course of action would have been to have set
18   spot references.
19    Q.  Is it fair to say that by providing
20   the spot reference price for some or all these
21   transactions in obtaining market quotations
22   it's your opinion that the market quotes that
23   were obtained were more favorable to Peregrine
24   than they would have been if J.P. Morgan had
25   simply gone out and asked for a live price?

Page 42

Murray

1
2    that element of variability; is that correct?
3    A.  Correct.
4    Q.  Now, who came up with the strategy
5    to obtain market quotations in the manner you
6    just described, at least in part by supplying
7    the spot reference price?
8    A.  Specifically for the FX options
9    portfolio or generally across the bank?
10    Q.  Let's start with the options.
11    A.  It was something that I discussed
12   with Don, whether it was permissible for us to
13   provide spot quotations, to ask for prices
14   with spot quotations.
15        The nature of the market at the time
16   was to ask for prices with spot quotations,
17   especially if you're asking for one side of
18   the transaction. And so that was something
19   that I came up with. But again, the risk
20   requirement driving it would have been the
21   same across all the desks.
22    Q.  And so you had delineated originally
23   between the option desk and then across the
24   whole business.
25        Is there something different that

Page 44

Murray

1
2    A.  Certainly from the variability of
3    the prices that we received and from, um, yes.
4    By providing spot references we reduce the
5    variability that we were going to receive back
6    in terms of the prices. Effectively if you
7    think about the volatility of markets at the
8    time, if you ask for a live price on an asset
9    that took some time to price up, whether it
10   was minutes or hours, you introduced another
11   element of risk that affected both Peregrine
12   and J.P. Morgan.
13        And if you don't give guidance, then
14   one of the other market makers could choose to
15   come back and say, well, off such and such
16   spot reference this is the price I see, and
17   that spot reference might have had nothing to
18   do with the market at the time. It could have
19   been, you know, one, two, three, four, five
20   percentage points away. It would still have
21   been a good price off that person's spot
22   reference.
23    Q.  And so by providing the spot
24   reference price to the reference market
25   makers, J.P. Morgan's intent was to remove

Page 43

Murray

1
2    was going on across the whole business? In
3    other words, another person that thought this
4    up or was it you and then it spread to the
5    entire transaction?
6    A.  I don't know who specifically made
7    the decision for each of those businesses, but
8    the intuition for those businesses, for those
9    trading desks, would have been the same as
10   mine.
11    Q.  So you're speculating a bit as to
12   what would be going on in those other trading
13   desks' minds; is that fair to say?  or
14   you had specific conversations with them?
15    A.  The intuition would have been
16   exactly the same. It is a -- when the
17   transactions are removed you have a new risk.
18   And as I said, the volatility in the market at
19   the time was extreme.
20        The one thing that you did not know
21   was how long somebody was going to take to
22   come back to you with a price. It could be a
23   minute, which would have been reasonable in
24   the FX options market for a smallish
25   transaction, say $10 million, but it could

Page 45

Murray

1
2  on the market quotes once you commenced asking
3  for them?
4      A.  I still think it was in the minutes
5  time frame.
6          (Mr. Singer joined the deposition.)
7      Q.  With regards to the Indonesian
8  rupiah, you said that the standard amount
9  would be 10 to $20 million.
10         Can you describe for me whether the
11  request in this case to the reference market
12  makers was for an amount less than, equal to
13  or above that range?
14      A.  Can you repeat the question?
15  Because I had a train of thought to a response
16  at the beginning of that and then I lost it.
17          (A portion of the record was read.)
18      A.  (Continuing) Therein lies part of my
19  response. I think I've said that the standard
20  amount prior to this time, i.e., when
21  Indonesia, when the currency pegged -- when
22  the Indonesian currency ban was broken,
23  standard sizes went out the window.
24          So prior to this, prior to 1998,
25  probably some point in 1997, the standard

Page 50

Murray

1
2  market sizes were 10 to 20. At this point
3  when I was asking for quotations there was no
4  market, standard market size. People could
5  choose to make the price or not.
6      Q.  I see. When you've finally
7  undertook to obtain market quotations for the
8  Indonesian ruby positions --
9      A.  Rupiah.
10     Q.  I'm sorry. -- rupiah positions, how
11  long did it take for the reference market
12  makers to get back to you for those
13  transactions?
14     A.  It took -- it was again within a
15  matter of minutes. The -- there is -- I was
16  going to respond to this in my answer to the
17  last question, was that in the case of the
18  Indonesian rupiah, the, um, it's actually in
19  many, in all of the cases, spot had moved so
20  significantly away from the strike of the
21  option that the bulk of the valuation of that
22  option lay not in volatility, but lay in the
23  spot price.
24          So while I was asking for the option
25  price, there was not much for the option

Page 51

Murray

1
2  market maker to do from a volatility
3  perspective. He was mainly making a spot
4  price.
5          You can see that evidenced by the
6  value of the rupiah call. It's a 2700ish
7  strike rupiah call. If you look at the
8  valuation of that, the valuation that the
9  market makers provided was very, very low,
10  zero or half a basis point. That value,
11  because that option is so far away from the
12  market, gives you an idea of how much the
13  volatility component of that option was worth.
14          The volatility option of the call
15  and the put would be exactly the same. So of
16  the entire valuation of the put option, if the
17  call was only worth half a basis point, then
18  the volatility component of the put was also
19  only worth half a basis point. And the rest
20  of that value of that option was due to spot
21  and forward.
22          One other thing that I needed to
23  clarify from my previous comments was that the
24  market convention in developed currencies was
25  to quote with a spot reference. The market

Page 52

Murray

1
2  convention for emerging markets currencies was
3  to quote with a forward, with a forward
4  reference.
5          The reason for that was that in
6  addition to having a fairly large bid offer
7  spread in spot, you also had a fairly large
8  bid offer spread in the forward price, in the
9  interest rate differential. And So when
10  people exchanged deltas in the market, with
11  the emerging markets currencies they would
12  exchange with a forward Delta rather than with
13  a spot delta. It was unusual to quote with a
14  spot delta.
15     Q.  I want to come to that market
16  practice in a moment. With regards to the
17  New Zealand dollar option, I believe you
18  discussed the fact that a standard transaction
19  would be between 15 to $30 million; is that
20  correct?
21     A.  That is my recollection, yes.
22     Q.  And the transactions at issue in
23  this case, where do they fall in relation to
24  that standard range?
25     A.  They were large.

Page 53

**Page 54**

```
 1              Murray
 2      Q.  And once you commenced to obtain
 3  markets quotations for the New Zealand dollar
 4  transactions how long did it take for the
 5  reference market makers to get back to you?
 6      A.  I think it was again in a matter of
 7  minutes versus -- again, the scale that you
 8  were talking about as minutes versus hours or
 9  days, it was -- it's still minutes.  And I
10  think largely within -- everything within, um,
11  we talk about a scale of ten minutes for the
12  kiwi options, ten minutes for the rupiah
13  options and within three to four minutes for
14  the yen options.  This is again, this is not
15  directly, but would be an acceptable range.
16      Q.  And when you say its an acceptable
17  range, did it actually occur that each one of
18  these currencies you just described did fall
19  into that acceptable range or were some of
20  them outside?
21      A.  My recollection is that they fell
22  into that acceptable range.
23      Q.  And maybe just so I'm clear, if you
24  could tell me if there's any significance --
25  well, let me strike that.  I'm sure there's
```

**Page 55**

```
 1              Murray
 2  some significance, but maybe if you could help
 3  me understand the significance between
 4  something closing out within one minute versus
 5  five minutes versus ten minutes versus an
 6  hour.
 7      A.  Certainly.  The significance has to
 8  do with the volatility of the markets at the
 9  time.  It has to do with that and also
10  actually has to do with some standard market
11  practice.
12          Let me just definitely on the minor
13  point first, which is that if a dealer didn't
14  respond to you within a certain time frame,
15  then that dealer was expressing indifference
16  to your request.  And the next time that the
17  dealer called you up for the request for a
18  price, you might express the same indifference
19  to that dealer.  So the customary behavior
20  between dealers was to try and give as quick
21  quotations as possible in order to preserve
22  liquidity for yourself as a trading entity.
23          And in providing the spot references
24  we did, one of the things that we achieved was
25  getting, I believe, was in getting quicker
```

**Page 56**

```
 1              Murray
 2  responses to our requests for pricing.
 3          Now, in terms of the risk, it had to
 4  do with the volatility of the markets at the
 5  time.  The markets were prone to movement on
 6  news and on things like intervention in the
 7  markets.
 8          For example, the yen, and I don't
 9  know whether it was immediately prior to this
10  or sometime after this, but the bank of Japan
11  was intervening in the yen markets or had been
12  intervening in the yen markets.  And just to
13  give you a sense of scale, the dollar yen went
14  from 150 down to 130 in a matter of days, and
15  in fact within those days moved from 138 to
16  135 within a matter of minutes upon the news
17  of the intervention.
18          So if a news event were to intervene
19  and cause the markets to move and you didn't
20  know which way it was going to move, you were
21  running a significant, you were running a
22  significant amount of risk that that would
23  happen, which is why the speed of the response
24  was so critical.
25      Q.  Let me ask you, with regards to the
```

**Page 57**

```
 1              Murray
 2  Hong Kong dollar forwards, can you tell me how
 3  long it took for the reference market makers
 4  to provide their quotations with regards to
 5  those transactions once the request was made
 6  by J.P. Morgan?
 7      A.  I cannot.
 8      Q.  And that's because you didn't handle
 9  the forward book as opposed to the option
10  book; is that correct?
11      A.  Correct.
12      Q.  And the person that handled the
13  forward book was Roberta Yuan; is that
14  correct?
15      A.  Yes.
16      Q.  Is she still employed by J.P.
17  Morgan?
18      A.  No, she is not.
19      Q.  Is there anyone else that was
20  involved either with her or subordinate to her
21  that could speak to how long it took to obtain
22  those quotations once the requests were made
23  That still is employed by J.P. Morgan?
24      A.  I don't believe there is.  Most of
25  the employees of J.P. Morgan have left.
```

Murray

1      January 1997 to January 1998, for emerging
2 currencies, I would cut off the -- I would cut
3 off from April/May of 1997 as being a period
4 in which there was liquidity versus a period
5 in which there was less and ever less
6 liquidity.  So from April/May of 1997 there
7 was ever less liquidity in the emerging
8 markets currencies.  In fact to point that the
9 Malaysian ringgit disappeared from being a
10 traded currency at all.
11      So in the developed currencies and
12 G7 currencies, I could well have asked for a
13 price on a put or a call and given the strike
14 and it would have taken the form of do you
15 have any interest in quoting a 131 -- a 130
16 dollar call.  And the additional piece of
17 information that I would have provided with
18 that request of the 130 dollar call would have
19 been I see this as roughly a 25 delta option.
20 OK?  The "I see" in Reuters code.
21      The reason to provide that
22 additional piece of information was that
23 options traders think in terms of a matrix of
24 prices that include at the money 25 delta and

Page 86

Murray

1      Q.  Let me ask you, in the transactions
2 that you closed out, the option positions,
3 J.P. Morgan supplied the spot rate in
4 obtaining the market quotations, correct?
5      A.  That's correct.
6      Q.  Did J.P. Morgan also supply the
7 interest or forward rate in obtaining those
8 quotations?
9      A.  For the developed -- for the G7
10 currencies, for the Aussie and the kiwi or for
11 the kiwi and the yen?
12      I'm not sure about the kiwi.  I
13 don't think we provided the forward rate for
14 the yen, because as I said the bid offer
15 spread was -- the bid offer spread of the
16 forward was negligible and the event risk
17 associated with a forward was also negligible.
18      I'll go back to this event risk
19 comment, because --
20      Q.  Well, actually let me just ask my
21 next question.  Then let's take the spot price
22 that's provided for these transactions.
23      You've testified that it was market
24 practice to supply the spot rate, and that's

Page 88

Murray

1 ten delta options.  And providing that extra
2 piece of information enables the market maker
3 to come back to you with a quicker price.
4      So I see this as a 25 delta.  What
5 would then happen would be the market maker
6 would come back with a quote, a volatility bid
7 offer, volatility price, that presumed a 25
8 delta.  If I then traded on that price and I
9 would say OK, let's price it off of a spot
10 rate of 135, at this point we would then set
11 the spot rate at 135.
12      If the option was more than one
13 percentage point away from being a 25 delta,
14 the market make would have the option of not
15 adhering to the original price.  So he quotes
16 9195.  I say at 95.  Let's set the spot at
17 135.  The market maker comes back and says, I
18 don't see this as a 25 delta.  I see this as a
19 28 delta.
20      I would then go back and say, OK,
21 what would you quote for a 28 delta then?  Or
22 alternatively, what do you see as the 25 delta
23 strike.  And if it's not a 130 strike, but is
24 a 129.50 strike, then I would vary my request.

Page 87

Murray

1 one of the factors that came into your
2 decision as to supply the spot rate when
3 obtaining market quotations for this case.
4 But as I understand your testimony, between
5 the time of spring of 1997, the spring of
6 1998, you can't think of a single instance of
7 where the spot rate was supplied to similar
8 market making institutions at the very onset
9 of the conversation.
10      And so my question is, how do you
11 conclude that it's market practice to supply
12 that spot rate?
13      A.  There are two different sets of
14 circumstances.  When I'm asking a market maker
15 for a quotation and I'm providing a spot rate,
16 the spot rate at which -- the spot rate that --
17 sorry.  When I ask the dealer for a market
18 quotation --
19      MR. FELDBERG:  Did you say when I
20 ask?
21      THE WITNESS:  When I ask.  Sorry.
22      A.  When I ask the dealer for market
23 quotation, I am asking to enter or to change
24 one risk characteristic of my portfolio, and

Page 89

Murray

1
2  that's the volatility risk characteristic of
3  the portfolio.
4      When the counterparty comes back
5  with a price, a volatility price, we still
6  need to agree on a spot price to consummate
7  the transaction. And that is because the
8  exchange of the delta risk or the spot, the
9  exchange of spot, that makes that a volatility
10  transaction happens at that rate.
11      In providing that spot quotation for
12  the other transactions, that was what we were
13  doing. Because there was not going to be an
14  exchange of -- there was not going to be an
15  exchange of -- there's not going to be a
16  transaction done on the back of the market
17  quotation.
18      What we were doing was seeking
19  information from the market on how to quote,
20  on how to value that transaction. And there
21  were four or five different -- four different
22  quotes that we were getting. And we knew that
23  once those quotes were given that the risk
24  would be removed from our books with that spot
25  reference.

Page 90

Murray

1
2  So these are two different
3  situations and you're trying to categorize
4  them as the same thing and they are not the
5  same thing. Because one is a risk neutral
6  event. The dealer quotation is a risk neutral
7  event. The unwind is not a risk neutral
8  event.
9      Q.  Understood. And the reason I'm
10  asking these questions, initially you told me
11  that the decision to supply at least some of
12  the variables in connections with these
13  transaction was because it was an idea that
14  you thought up and it was also market
15  practice.
16      And so my question is, where is the
17  market practice from the inception of the
18  conversation with a reference market maker to
19  supply these variables from the very inception
20  of that conversation? Where is that market
21  practice?
22      A.  It's in embedded within the
23  description I've given you.
24      Because the market practice is
25  around risk. It's not in terms of the process

Page 91

Murray

1
2  which you're describing.
3      Q.  I think I understand.
4      MR. WAXMAN:  Why don't we take a
5  five-minute break and we'll resume.
6      (A recess was taken, after which the
7  deposition resumed with all parties
8  present except Mr. Singer.)
9      MR. FELDBERG:  Two things, first I
10  think Mr. Murray remembered another name
11  and, second, either now or at a
12  convenient spot, if we just might hear
13  the last two questions. He may have
14  something further to say on that.
15      MR. WAXMAN:  Let him recount any
16  names he recalls and then maybe right
17  before the lunch break or after the lunch
18  break we can go back to that.
19      MR. FELDBERG:  For the reporter it
20  might be easier if he just marks those
21  questions so that he has them in his
22  head. The last two questions before the
23  break.
24      A.  (Continuing) The names of the
25  traders, William Lee, L-e-e, was my exotics

Page 92

Murray

1
2  trader, and, unrelated, Jin Woo Lee, J-i-n
3  W-o-o, Lee, was my euro/yen trader and he was
4  helping Simon on the kiwi.
5      So if I could have the last two
6  questions back then?
7      Q.  Actually, I'm going to wait on that
8  for right now.
9      A.  OK.
10      Q.  You stated Mr. Lee was your exotics
11  trader; is that right?
12      A.  Uh-huh.
13      Q.  You have to say yes or no.
14      A.  Yes.
15      Q.  The currencies and transactions at
16  issue in this case, do you know whether those
17  were exotic- or vanilla-type transactions?
18      A.  All of the options transactions that
19  we had with Peregrine were vanilla.
20      Q.  How about the Indonesian rupiah
21  forward, would that be an exotic- or
22  vanilla-type transaction?
23      A.  That would most definitely be a
24  vanilla transaction.
25      Q.  How about the Hong Kong dollar

Page 93